**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EDGAR PATRICIO DAQUILEMA-GUAMAN,

Petitioner,

v. No. 1:26-cv-00327-DHU-KK

KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director of ICE; DAVID EASTERWOOD, Acting Field Office Director of Immigration and Customs Enforcement, St. Paul Field Office; MARY DE-ANDA YBARRA, Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; GEORGE DEDOS, Warden, Cibola County Correctional Center,

Respondents.

**ORDER TO SHOW CAUSE**

THIS MATTER is before the Court on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). Doc. 1. Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 and requests, *inter alia*, that the Court order federal immigration officials to immediately release him from custody. *Id.* at 18.

Under the District of New Mexico's Standing Order regarding service of process in immigration habeas cases, procedures for service of the Petition on Respondents are governed by Rule 4 of the Rules Governing Section 2254 Cases. *See In the Matter of: Service of Process in Immigration Habeas Petitions Filed Pursuant to §§ 2241 et seq.*, 26-MC-0004-03 at 1 (explaining that the district court may apply any or all of these rules to a habeas petition not covered under 28

U.S.C. § 2254). Pursuant to this Standing Order, the Clerk's office has electronically served copies of the Petition and this Order on Respondents through the CM/ECF system. Doc. 5.

The Court has reviewed the Petition *sua sponte* under Habeas Corpus Rule 4 and finds that dismissal is not warranted and a response from the Government is necessary. Absent an emergency motion filed under Federal Rule of Civil Procedure 65, such as a request for a temporary restraining order, and pursuant to the Standing Order regarding service, **IT IS HEREBY ORDERED** that Respondents must answer the Petition and show cause why it should not be granted within ten (10) business days of February 9, 2026, the date of electronic service. *See* Doc. 5. Petitioner's reply, if any, is due five (5) business days after the Response is filed. The Court will set a hearing, if necessary.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE