**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EDGAR PATRICIO DAQUILEMA-GUAMAN,

Petitioner,

v. No. 1:26-cv-00327-DHU-KK

KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director of ICE; DAVID EASTERWOOD, Acting Field Office Director of ICE, St. Paul Field Office; MARY DE ANDA-YBARRA, Field Office Director of Enforcement and Removal Operations, El Paso Field Office, ICE; GEORGE DEDOS, Warden, Cibola County Correctional Center,

Respondents.

**ORDER ON STIPULATION OF DISMISSAL**

THIS MATTER is before the Court on the parties' Stipulation of Dismissal filed May 13, 2026 ("Stipulation"). Doc. 10. Pursuant to the parties' Stipulation, **IT IS HEREBY ORDERED** that this case shall be DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorney's fees, costs, and disbursements.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE